JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CIRON B. SPRINGFIELD, | No. SACV 20-428-DDP (AGR) |
| Petitioner, | |
| v. | JUDGMENT |
| JARED D. LOZANO, | |
| Respondent. | |

Pursuant to the Opinion and Order on Petition for Writ of Habeas Corpus,

IT IS ADJUDGED that the Petition For Writ of Habeas Corpus is summarily dismissed.

DATED: March 29, 2021

_____
DEAN D. PREGERSON
United States District Judge